# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3049**

**September Term, 2022**

**1:03-cr-00282-JDB-1**

**Filed On:** June 16, 2023

United States of America,

        Appellee

    v.

Willie Lawson,

        Appellant

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Henderson, Walker, and Garcia, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. The court has determined that the issues presented occasion no need for an opinion. See D.C. Cir. Rule 36. Upon consideration of the foregoing, it is

**ORDERED** that the district court's July 11, 2022 order denying appellant's motion for compassionate release be affirmed. Appellant has not shown that the district court abused its discretion in denying his motion. See United States v. Long, 997 F.3d 342, 352 (D.C. Cir. 2021). The habeas-channeling rule precludes appellant from seeking compassionate release based on the allegedly unlawful duration of his remaining confinement. See United States v. Jenkins, 50 F.4th 1185, 1202–04 (D.C. Cir. 2022). As to the other arguments that appellant raised in the district court but has not pressed on appeal, the district court committed no plain error in rejecting them. See United States v. McCallum, 721 F.3d 706, 711 (D.C. Cir. 2013).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**